IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN C. ROTKISKE,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **PAUL KLEMM et al.,** | : | No. 15-3638 |
| *Defendants*. | : | |

## O R D E R

**AND NOW**, this 14th day of March, 2016, upon consideration of Defendants' Motion to Dismiss (Docket No. 16), Plaintiff's Response in Opposition (Docket No. 17), Defendants' Reply (Docket No. 18), and oral argument held on December 9, 2015, **the Court hereby ORDERS** that the Motion (Docket No. 16) is **GRANTED**. The Amended Complaint (Docket No. 15) is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge