UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 16-1668
_____

KEVIN C. ROTKISKE,
                              Appellant

v.

PAUL KLEMM, Esq., DBA Nudelman, Klemm &
Golub, P.C., DBA Nudelman, Nudelman & Ziering, P.C.,
Klemm & Associates; NUDELMAN, KLEMM & GOLUB, P.C.,
DBA Nudelman, Nudelman & Ziering, P.C., DBA Klemm & Associates;
NUDELMAN, NUDELMAN & ZIERING, P.C.,
DBA Nudelman, Klemm & Golub, P.C., Klemm & Associates;
KLEMM & ASSOCIATES, DBA Nudelman, Klemm & Golub, P.C.,
Nudelman, Nudelman & Ziering, P.C.; JOHN DOES 1-10

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-15-cv-03638)
District Judge: Honorable Gene E. K. Pratter

_____

Argued January 18, 2017
En Banc Rehearing Ordered September 7, 2017
Reargued En Banc February 21, 2018

Before: SMITH, *Chief Judge*, McKEE, AMBRO, CHAGARES, JORDAN,
HARDIMAN, GREENAWAY, JR., VANASKIE, SHWARTZ, KRAUSE, RESTREPO,
BIBAS, and FISHER[*], *Circuit Judges*.

---

[*] Honorable D. Michael Fisher, United States Circuit Judge for the Third Circuit, assumed senior status on February 1, 2017.

---

## JUDGMENT

---

This cause came on to be heard on the record from the United States District Court for the Eastern District of Pennsylvania. On consideration whereof, it is now hereby

ORDERED and ADJUDGED that the order of the United States District Court for the Eastern District of Pennsylvania entered March 15, 2016, be and the same is hereby AFFIRMED. All of the above in accordance with the Opinion of this Court.

Costs taxed against Appellant.

ATTEST:

Patricia S. Dodszuweit,
Clerk

Dated: May 15, 2018

**Certified as a true copy and issued in lieu of a formal mandate on** ___June 6, 2018___

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**